LOUIS D. CORNEROLI *v.* LOUIS S.
D'AMICO, COADMINISTRATOR
(ESTATE OF SALVATORE
D. D'AMICO), ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 116 Conn. App. 59 (AC 30237), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Ronald W. Kutz*, in support of the petition.

*Eric H. Rothauser*, in opposition.

Decided September 23, 2009

IN RE JUSTIN F.

IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 30780/AC 30932/AC 30933) is denied.

*Kimberly L.*, pro se, and *Anthony L.*, pro se, in support of the petition.

Decided September 23, 2009